```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ERIC LARA, SR.                  *         CIVIL ACTION

VERSUS                          *         NO: 06-0047

LOUISIANA DEPT. OF              *         SECTION: "D"(1)
CORRECTIONS, SECRETARY,
RICHARD L. STALDER, ET AL
```

### **O R D E R**

Having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's report and recommendation, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's instant Complaint be and is hereby **DISMISSED WITHOUT PREJUDICE** TO Plaintiff'S prosecution of Plaintiff's duplicative pending suit (including any assertions therein of any of the claims in the instant suit) - the duplicative pending suit being Civil Action No. 05-6860"K"(1), and otherwise Plaintiff's instant Complaint is **DISMISSED WITH PREJUDICE**. 28 U.S.C. §1915(e)(2)(B)(I); *Pittman v. Moore*, 980 F.2d 994, 995 (5th

Cir. 1993).

New Orleans, Louisiana, this **2nd** day of **March, 2006.**

```
          _____
                  A.J. McNAMARA
            UNITED STATES DISTRICT JUDGE
```